FILED

SEP 2 5 2017

TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

United States District Court
Southern District of West Virginia

Anthony Tarpley-Bey
21025-016
            Plaintiff

V.                              Case no. 5:17-cv-04042

United States
Of America
            Defendant

- - - - - - - - - - - - - - - - - -

Complaint pursuant
to 28 USCS §1346 (b), §2671-80, and
18 USCS §4042.

*Attachment A - <u>Bivens</u> Complaint form*



FILED

SEP 2 5 2017

TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Anthony Tarpley-Bey                     21025-016

Plaintiff

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                                      CIVIL ACTION NO. 5:17-04042
                                        *(Number to be assigned by Court)*

United States of America

Defendant

*(Enter above the full name of the defendant*
*or defendants in this action)*

Defendant(s).

## COMPLAINT

**I.    Parties**

   A.   Name of Plaintiff:   Anthony Tarpley-Bey

        Inmate No.:          21025-016

        Address:             P.O. Box 350, Beaver, WV 25813

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.  Name of Defendant:  Charles Smith

Position:  Warden

Place of Employment: U.S.P. Allenwood

_____

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant:  Unknown Name of Agent(s)

Position:  Correctional Officer

Place of Employment: U.S.P. Allenwood

_____

Name of Defendant: _____

Position: _____

Place of Employment: _____

_____

2

II.     **Place of Present Confinement**

Name of Prison/Institution:  F.C.I. Beckley

A.     Is this where the events concerning your complaint took place?

Yes _____        No ___X___

If you answered "no," where did the events occur? U.S.P. Allenwood

B.     Is there a prisoner grievance procedure in this institution?

Yes ___X___        No _____

C.     Did you present the facts relating to your complaint in the prisoner grievance procedure?     Yes ___X___        No _____

If you answered "no," explain why not: _____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): Denied at all three levels.

III.    **Previous Lawsuits**

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____        No ___X___

B.     If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.     Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

2.      Court (if federal court, name the district; if state court, name the county);

_____

3.      Docket Number: _____

4.      Name of judge to whom case was assigned: _____

5.      Disposition (for example: Was the case dismissed? Was it appealed? Is it still
pending?)

_____

6.      Approximate date of filing lawsuit: _____

7.      Approximate date of disposition: _____

## IV.     Statement of Claim

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did
to violate your constitutional rights. Include also the names of other persons involved, dates,
and places. Do not give any legal arguments or cite any cases or statutes. If you intend to
allege a number of related claims, number and set forth each claim in a separate paragraph.
(Use as much space as you need. Attach extra sheets of paper if necessary.)

On September 23, 2016 at approximately 6:07am, an Inmate ambushed
and physically assaulted Plaintiff with a makeshift knife, causing
multiple lacerations to the face, neck and arms. As a result, (52)
sutures were applied to facial area. Defendants deprived Plaintiff
of life and liberty to live in a safe and secure environment.

_____

_____

_____

_____

_____

4

**V.      Relief**

<u>State briefly and exactly what you want the Court to do for you</u>. Make no legal arguments.
Cite no cases or statutes.

Plaintiff is seeking Monetary Compensation for Actual damages,

Long-Term Psychological Trauma, and Permanent Disfigurement in

an undisclosed amount.

Signed this **19th** day of **September** , 20 **17** .

Anthony Tarpley-Bey

Reg No: 21025-016

*Tarpley-Bey* ⑦
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on September 19, 2017 AD.
(Date)

*Tarpley-Bey* ⑦
Signature of Plaintiff

5

<>21025-016<>
Anthony Tarpley-Bey
Federal Correctional Institution Beckley
PO BOX 350
Beaver, WV 25813
United States

＊Legal Mail＊

<>21025-016<>
U S District Court
Clerk
110 N Heber ST, Suite 119
Beckley, WV 25801
United States





U.S. POSTAGE
BEAVER, WV
SEP 22 2017
AMOUNT
$0.00
R2305K141885-03



FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BEAVER, WV 25813
DATE 9-25-17

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.